IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>MORTON, JOHN F. AND CHELETA E.<br><br>Debtors. | Case No. 09-14103-NLJ<br>(Chapter 7) |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **Claimant** | **Amount** |
|---|---|
| Utica Park Clinic<br>BOK Dept. 1100<br>Tulsa, OK  74182 | $2.92 |

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds.

Date: April 25, 2011

s/Joel Hall
Joel C. Hall, #13643
3030 Oklahoma Tower
210 West Park Avenue
Oklahoma City, OK  73102
(405) 232-3800